**Order filed July 13, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00516-CV
_____

## ANTONIO RUIZ, MARTHA RUIZ, AND ALL OCCUPANTS OF 11207 BAYOU PLACE LANE, HOUSTON, TEXAS, 77099, Appellants

## V.

## INVUM THREE, LLC, Appellee

**On Appeal from the Count Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1134013**

## ORDER

On June 29, 2021, this Court abated this appeal for appellants to file an amended notice of appeal listing the name of each appellant. On July 1, 2021, appellants filed an amended notice of appeal listing appellants as: Antonio Ruiz; Martha Ruiz; and all occupants of 11207 Bayou Place Lane, Houston, Texas 77099. On July 1, 2021, appellants filed a motion to reinstate the appeal.

Appellants' amended notice of appeal corrects the omissions and the defect in their original notice of appeal which we noted in our June 29 abatement order. Appellants' motion to reinstate the appeal is GRANTED, and the appeal is reinstated in this court's docket.

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.